| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:    dondubesq@aol.com

June 6, 2019

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Oscar Briones
        17 Cr. 611 (AT)

Dear Judge Torres:

    Attached please find the sentencing submission submitted on behalf of Mr. Briones on November 6, 2018 (ECF #366). I also attach documents in support of the sentencing submission. If the court has any questions, I may be reached at (212) 966-3970.

                                                  Respectfully submitted,

                                                  /s/
                                              Donald duBoulay

Cc: Jordan L. Estes, AUSA